# EXHIBIT 1

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.  SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. 16-257

JOANNE M. NICHOLSON, )
    Plaintiff )
)
vs. )
)
57 OLD ROAD TO NINE ACRE CORNER )
OPERATING COMPANY, LLC d/b/a )
CONCORD HEALTH CARE CENTER )
    Defendant )
)

### FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

#### PARTIES

1. The Plaintiff, Joanne M. Nicholson, is an individual who resides at 12 Olde Lantern Lane, East Harwich, Barnstable County, Massachusetts.

2. The Defendant, 57 Old Road To Nine Acre Corner Operating Company, LLC d/b/a Concord Health Care Center, (hereinafter "Concord Health"), is foreign limited liability company doing business at 57 Old Road to Nine Acre Corner, Concord, Middlesex County, Massachusetts, (hereinafter "the property").

#### FACTS

3. On or about February 21, 2013, the Defendant, Concord Health, was the owner of and/or legally responsible for maintenance and upkeep of the property, including the parking lot.

4. On the aforementioned date, the Plaintiff, Joanne M. Nicholson, was a lawful visitor at the property and while walking across the defendant's parking lot, her foot became wedged in a hole, causing her to fall forward and sustain injury.

#### COUNT I: NEGLIGENCE
#### (NICHOLSON vs. CONCORD HEALTH)

5. The Plaintiff Joanne M. Nicholson repeats, realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 4 of this Complaint.

6. The Defendant, Concord Health, had a duty to maintain its property in a reasonable and safe manner, free from defects which create a hazard on the property to lawful visitors

like the Plaintiff.

7. The Defendant, Concord Health, failed to properly maintain and upkeep its property including the parking lot and failed to make reasonable efforts to protect lawful visitors, like the Plaintiff from getting her foot wedged in a hole, constituting a breach of duty to maintain its property in a reasonable and safe manner.

8. As a direct and proximate result of the negligence of the Defendant, Concord Health, the Plaintiff, Joanne M. Nicholson, was caused to sustain severe personal injury, disability, medical expenses, lost wages/lost earning capacity and other financial losses as well as continuing pain and suffering.

WHEREFORE, the Plaintiff, Joanne M. Nicholson demands judgment against the Defendant, 57 Old Road to Nine Acre Corner Operating Company, LLC d/b/a Concord Health Care Center, in an amount to be determined at trial, plus interest and costs of suit as well as such other relief to which the Plaintiff may be entitled.

THE PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted,
Plaintiff Joanne M. Nicholson,
By her counsel,

_____
Joel B. Barshak, Esquire
BBO No. 554301
Joyce & Barshak LLP
531 King Street, Suite 4
Littleton, MA 01460

Telephone No. (978) 952-6700
jbarshak@joyceandbarshaklaw.com

DATED: February 2, 2016

| CIVIL ACTION COVER SHEET | DOCKET NUMBER<br>1681CV257 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

| | | COUNTY |
|---|---|---|
| PLAINTIFF(S): Joanne M. Nicholson | | Middlesex |
| ADDRESS: 12 Olde Lantern Lane | | |
| East Harwich, Massachusetts 02645 | DEFENDANT(S): | 57 Old Road to Nine Acre Corner Operating Company, LLC d/b/a |
| | Concord Health Care Center | |
| ATTORNEY: Joel B. Barshak | | |
| ADDRESS: Joyce & Barshak LLP | ADDRESS: | 57 Old Road to Nine Acre Corner |
| 531 King Street, Suite 4 | Concord, Massachusetts 01742 | |
| Littleton, Massachusetts 01460 | | |
| BBO: 554301 | | |

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B20 | Personal Injury- Trip and Fall | F | [X] YES  [ ] NO |

*If "Other" please describe:

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date: $21,700.00
  1. Total hospital expenses ... $
  2. Total doctor expenses ... $
  3. Total chiropractic expenses ... $
  4. Total physical therapy expenses ... $
  5. Total other expenses (describe below) ... $
  Subtotal (A): $

B. Documented lost wages and compensation to date ... $ 10,600.00
C. Documented property damages to dated ... $
D. Reasonably anticipated future medical and hospital expenses ... $
E. Reasonably anticipated lost wages ... $
F. Other documented items of damages (describe below) ... $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
The plaintiff's foot became wedged in a hole causing her to fall and suffer left leg and knee injury, including a stress fracture
of the femoral neck and a left labral tear.

TOTAL (A-F): $ 32,300.00

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $

Signature of Attorney/Pro Se Plaintiff: X  /s/ Joel Barshak    Date: Feb 2, 2016

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

This is an Amended Civil Action Cover Sheet. The Original Complaint was filed on January 27, 2016.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X  /s/ Joel Barshak    Date: Feb 2, 2016

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

- AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. (A)
- AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. (A)
- AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. (A)
- AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. (A)
- AE1 Administrative Action involving Commonwealth, Municipality, MBTA, etc. (A)

### CN Contract/Business Cases

- A01 Services, Labor, and Materials (F)
- A02 Goods Sold and Delivered (F)
- A03 Commercial Paper (F)
- A04 Employment Contract (F)
- A06 Insurance Contract (F)
- A08 Sale or Lease of Real Estate (F)
- A12 Construction Dispute (A)
- A14 Interpleader (F)
- BA1 Governance, Conduct, Internal Affairs of Entities (A)
- BA3 Liability of Shareholders, Directors, Officers, Partners, etc. (A)
- BB1 Shareholder Derivative (A)
- BB2 Securities Transactions (A)
- BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. (A)
- BD1 Intellectual Property (A)
- BD2 Proprietary Information or Trade Secrets (A)
- BG1 Financial Institutions/Funds (A)
- BH1 Violation of Antitrust or Trade Regulation Laws (A)
- A99 Other Contract/Business Action - Specify (F)

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

- D01 Specific Performance of a Contract (A)
- D02 Reach and Apply (F)
- D03 Injunction (F)
- D04 Reform/ Cancel Instrument (F)
- D05 Equitable Replevin (F)
- D06 Contribution or Indemnification (F)
- D07 Imposition of a Trust (A)
- D08 Minority Shareholder's Suit (A)
- D09 Interference in Contractual Relationship (F)
- D10 Accounting (A)
- D11 Enforcement of Restrictive Covenant (F)
- D12 Dissolution of a Partnership (F)
- D13 Declaratory Judgment, G.L. c.231A (A)
- D14 Dissolution of a Corporation (F)
- D99 Other Equity Action (F)

### PA Civil Actions Involving Incarcerated Party †

- PA1 Contract Action involving an Incarcerated Party (A)
- PB1 Tortious Action involving an Incarcerated Party (A)
- PC1 Real Property Action involving an Incarcerated Party (F)
- PD1 Equity Action involving an Incarcerated Party (F)
- PE1 Administrative Action involving an Incarcerated Party (F)

### TR Torts

- B03 Motor Vehicle Negligence - Personal Injury/Property Damage (F)
- B04 Other Negligence - Personal Injury/Property Damage (F)
- B05 Products Liability (A)
- B06 Malpractice - Medical / Wrongful Death (A)
- B07 Malpractice - Other (A)
- B08 Wrongful Death, G.L. c.229 §2A (A)
- B15 Defamation (A)
- B19 Asbestos (A)
- B20 Personal Injury - Slip & Fall (F)
- B21 Environmental (F)
- B22 Employment Discrimination (F)
- BE1 Fraud, Business Torts, etc. (A)
- B99 Other Tortious Action (F)

### RP Real Property

- C01 Land Taking (F)
- C02 Zoning Appeal, G.L. c. 40A (F)
- C03 Dispute Concerning Title (F)
- C04 Foreclosure of a Mortgage (X)
- C05 Condominium Lien & Charges (X)
- C99 Other Real Property Action (F)

### MC Miscellaneous Civil Actions

- E18 Foreign Discovery Proceeding (X)
- E97 Prisoner Habeas Corpus (X)
- E22 Lottery Assignment, G.L. c. 10 §28 (X)

### AB Abuse/Harassment Prevention

- E15 Abuse Prevention Petition, G.L. c. 209A (X)
- E21 Protection from Harassment, G.L. c. 258E (X)

### AA Administrative Civil Actions

- E02 Appeal from Administrative Agency, G.L. c. 30A (X)
- E03 Certiorari Action, G.L. c.249 §4 (X)
- E05 Confirmation of Arbitration Awards (X)
- E06 Mass Antitrust Act, G. L. c. 93 §9 (A)
- E07 Mass Antitrust Act, G. L. c. 93 §8 (X)
- E08 Appointment of a Receiver (X)
- E09 Construction Surety Bond, G.L. c. 149 §§29, 29A (A)
- E10 Summary Process Appeal (X)
- E11 Worker's Compensation (X)
- E16 Auto Surcharge Appeal (X)
- E17 Civil Rights Act, G.L. c.12 §11H (A)
- E24 Appeal from District Court Commitment, G.L. c.123 §9(b) (X)
- E25 Pleural Registry (Asbestos cases)
- E94 Forfeiture, G.L. c265 §56 (X)
- E95 Forfeiture, G.L. c.94C §47 (F)
- E99 Other Administrative Action (X)
- Z01 Medical Malpractice - Tribunal only, G.L. c. 231 §60B (F)
- Z02 Appeal Bond Denial (X)

### SO Sex Offender Review

- E12 SDP Commitment, G.L. c. 123A §12 (X)
- E14 SDP Petition, G.L. c. 123A §9(b) (X)

### RC Restricted Civil Actions

- E19 Sex Offender Registry, G.L. c 6 §178M (X)
- E27 Minor Seeking Consent, G.L. c.112 §12S (X)

---

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES  ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or pro se party.**

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION.**